UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JAMES F. JUSTICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-00021 |
| | ) | |
| LEE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of all of Plaintiff's claims in the above-captioned proceeding. Pursuant to this Stipulation, this action is hereby dismissed with prejudice in its entirety, and each party shall bear its own costs and attorney fees.

Respectfully submitted this 8th day of February, 2019.

*Signatures on following page.*

Respectfully submitted,

MASSEY & ASSOCIATES, PC

By:     s/ Joshua Ward
          Joshua Ward (BPR No. 031329)

6400 Lee Highway, Suite 101
Chattanooga, TN 37421
Telephone:  (423) 697-4529
Facsimile:  (423) 634-8886

MILLER & MARTIN PLLC

By:  s/ John R. Bode
          John R. Bode (BPR No. 11570)
          Megan B. Welton (BPR No. 34484)

Suite 1200, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402
Telephone:  (423) 756-6600
Facsimile:  (423) 785-8293

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail.

Joshua Ward, Esq.
6400 Lee Highway, Suite 101
Chattanooga, TN 37421

This 8th day of February, 2019.

By: _s/ John R. Bode_____

17458110v1